No. 482. GLENDOLA STEAMSHIP CORPORATION v. STANDARD OIL COMPANY (N. J.). November 21, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals

for the Second Circuit denied. *Messrs. Sanford H. E. Freund* and *Horace M. Gray* for petitioner. *Mr. W. H. McGrann* for respondent.